## TYLER TERM, 1888.

### L. H. CARHART v. D. R. BRITT ET AL.

(No. 2825.)

ERROR from Wilbarger County. Opinion by WILLSON, J.

*(Transferred from Austin.)*

SPARKMAN & WELLS, counsel for plaintiff in error.

FRANK McGHEE, counsel for defendants in error.

§ 373. *Return of service of citation held insufficient to support judgment by default.* This writ of error is prosecuted from a judgment by default. The return of service upon the citation shows that said citation was served upon "L. H. Cawhart." *Held:* "Carhart" and "Cawhart" are not *idem sonans*, and therefore it does not appear that L. H. Carhart, against whom the judgment was rendered, had prior to such judgment been served with citation in the cause. [1 App. C. C. § 552; Faver v. Robinson, 46 Tex. 204.]